DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

DYER v. STATE

No. 227PA91

Case below: 102 N.C.App. 480

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 allowed 14 August 1991.

ELLIS v. VESPOINT

No. 262P91

Case below: 102 N.C.App. 739

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.

GIBBONS v. CIT GROUP/SALES FINANCING

No. 96P91

Case below: 101 N.C.App. 502

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.

GUILFORD CO. PLANNING AND DEV. DEPT. v. SIMMONS

No. 185P91

Case below: 102 N.C.App. 325

Petition by plaintiffs for discretionary review pursuant to G.S. 7A-31 denied 14 August 1991.

HAWKINS v. HAWKINS

No. 141PA91

Case below: 101 N.C.App. 529

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 14 August 1991.